LAW OFFICES OF
FARNELL & NORMAN
TRIAL LAWYERS
R. RICHARD FARNELL, BAR NO. 042448
RONALD E. NORMAN, BAR NO. 104752
2020 MAIN STREET, SUITE 770
IRVINE, CALIFORNIA 92614
TELEPHONE (949) 553-1300; FAX (866) 600-2067

STEPHEN F. DANZ & ASSOCIATES
STEPHEN F. DANZ, BAR NO. 68318
11661 SAN VICENTE BLVD. #500
LOS ANGELES, CALIFORNIA 90049
TELEPHONE (310) 207-4568; FAX (310) 207-5006

Priority ___
Send ___
Enter ___
Closed ___
~~JS-5~~/JS-6 __X__
JS-2/JS-3 ___
Scan Only ___

Attorneys for Plaintiff DAVID WILLIAMS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THYSSENKRUPP ELEVATOR CORPORATION; and DOES 1-100, inclusive<br><br>Defendant. | CASE NO. CV10-7919-CAS (JCx)<br><br>~~PROPOSED~~ ORDER |

It is hereby ordered that Plaintiff DAVID WILLIAMS' action filed against Defendants THYSSENKRUPP ELEVATOR CORPORATION, and DOES 1 through 100, inclusive, in the above-referenced court be dismissed with prejudice.

1

PROPOSED ORDER
[PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)]

FARNELL & NORMAN
STEPHEN F. DANZ & ASSOCIATES

## ORDER

IT IS SO ORDERED:

DATED: 6/30/11  _____
UNITED STATES DISTRICT JUDGE